IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SANTEE SIOUX NATION, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV147 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| GALE A. NORTON, in her official capacity as United States Secretary of Interior, Department of the Interior, and UNITED STATES DEPARTMENT OF INTERIOR, | ) ) ) ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| STATE OF NEBRASKA, | ) | |
| | ) | |
| Intervenor. | ) | |
| | ) | |
| STATE OF NEBRASKA, | ) | |
| | ) | |
| Cross-claimant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| GALE A. NORTON, in her official capacity as United States Secretary of Interior, Department of the Interior, and UNITED STATES DEPARTMENT OF INTERIOR, | ) ) ) ) | |
| | ) | |
| Cross-defendants. | ) | |

This matter is before the court following a telephone planning conference with counsel on September 13, 2005. Participating for the plaintiff Santee Sioux Nation (Tribe) were Conly H, Schulte and Shilee Mullin. Participating for the defendants Gale A. Norton and the United States Department of Interior (Federal Defendants) were Edward J. Passarelli and Paul D. Boeshart. Participating for the Intervenor State of Nebraska was L. Jay Bartel.

The parties agree this matter may be disposed of by the resolution of cross-motions for summary judgment after the filing of the administrative record. Accordingly,

**IT IS ORDERED:**

1. The Federal Defendants shall file the administrative record **on or before October 30, 2005**.

2. The Plaintiff Tribe and Intervenor/Cross-Claimant State Nebraska shall file their motions for summary judgment **on or before December 9, 2005**.

3. Oppositions to the above motions for summary judgment shall be filed **on or before January 20, 2006**.

4. The Federal Defendants shall file their motion for summary judgment **on or before January 20, 2006**.

5. Oppositions to the Federal Defendants' motion for summary judgment shall be filed **on or before February 21, 2006**.

6. Any replies to oppositions to any pending motion for summary judgment shall be filed **on or before March 10, 2006**.

DATED this 14th day of September, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge
