# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA

| | |
|---|---|
| **SANTEE SIOUX NATION,**<br>**a federally-recognized Indian Tribe,** ) | |
| ) | **8:05CV147** |
| **Plaintiff,** ) | |
| ) | **ORDER** |
| **v.** ) | |

**SANTEE SIOUX NATION,**
**a federally-recognized Indian Tribe,** )

          **Plaintiff,** )

          **v.** )

**GALE A. NORTON, in her official**
**capacity as United States Secretary Of**
**Interior, Department of the Interior; and**
**THE UNITED STATES DEPARTMENT**
**OF INTERIOR, Bureau of Indian Affairs;** )

          **Defendants,** )

**STATE OF NEBRASKA,** )

          **Intervenor.** )

_____ )

**STATE OF NEBRASKA,** )

          **Cross-Claimant,** )

          **v.** )

**GALE A. NORTON, in her official capacity**
**as United States Secretary of Interior,**
**Department of the Interior, and UNITED**
**STATES DEPARTMENT OF INTERIOR,** )

          **Cross-Defendants,** )

**SANTEE SIOUX NATION,**
**a federally-recognized Indian Tribe,** )

          **Intervenor.** )

     This matter is before the Court on of the Santee Sioux Nation's Unopposed Motion for Extension of Time (Filing No. 24).  The plaintiff request the Court to extend all deadlines set forth in the September 14, 2005 Order (Filing No. 9), as clarified by the November 23, 2005 Order (Filing No. 23) for a period of fourteen (14) days.  Upon consideration,

**IT IS ORDERED:**

1.     The Santee Sioux Nation's Unopposed Motion for Extension of Time (Filing No. 24) is granted as set forth below.

2.     The Plaintiff Tribe and Cross-Claimant State of Nebraska shall file their motions for summary judgment **on or before December 23, 2005**.

3.     Opposition to the above motions for summary judgment shall be filed **on or before February 3, 2006**.

4.     The Federal Defendants and Intervenor Defendant State of Nebraska shall file their motion for summary judgment **on or before February 3, 2006**.

5.     Oppositions to the Federal Defendants' and Intervenor Defendant State of Nebraska's motions for summary judgment shall be filed **on or before March 7, 2006**.

6.     Any replies to oppositions to any pending motion for summary judgment shall be filed **on or before March 27, 2006**.

DATED this 8th day of December, 2005.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge

2