IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SANTEE SIOUX NATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 8:05CV147 |
| | ) | |
| GALE A. NORTON, in her official capacity as United States Secretary of Interior, Department of the Interior, and UNITED STATES DEPARTMENT OF INTERIOR | ) ) ) ) ) | |
| | ) | ORDER |
| Defendants, | ) | |
| | ) | |
| STATE OF NEBRASKA, | ) | |
| | ) | |
| Intervenor. | ) | |
| | ) | |
| STATE OF NEBRASKA, | ) | |
| | ) | |
| Cross-claimant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GALE A. NORTON, in her official capacity As United States Secretary of Interior, Department of the Interior, and UNITED STATES DEPARTMENT OF INTERIOR, | ) ) ) ) | |
| | ) | |
| Cross-defendants. | ) | |

This matter is before the court on the Defendants/Cross-Defendant's Unopposed Motion to Extend Remaining Scheduling Order Deadlines (Filing No. 34). The Federal Defendants/Cross-Defendants request the court to extend all remaining deadlines set forth in the December 8, 2005 Order (Filing No. 25), for a period of fourteen (14) days. Additionally, the plaintiff's unopposed Motion to Supplement Index (Filing No. 32) to include an executed copy of a previously filed unexecuted exhibit is granted. Upon consideration,

**IT IS ORDERED:**

1. The Defendants/Cross-Defendant's Unopposed Motion to Extend Remaining Scheduling Order Deadlines (Filing No. 34) is granted.

2. Oppositions to the summary judgment motions of the Tribe and the State of Nebraska shall be filed **on or before February 17, 2006**.

3. The Federal Defendants and Intervenor State of Nebraska shall file their motions for summary judgment **on or before February 17, 2006**.

4. Oppositions to the Federal Defendants' and Intervenor Defendant State of Nebraska's motions for summary judgment shall be filed **on or before March 21, 2006**.

5. Any replies to oppositions to any pending motion for summary judgment shall be filed **on or before April 10, 2006**.

6. The plaintiff's unopposed Motion to Supplement Index (Filing No. 32) is granted.

DATED this 27th day of January, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge