UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **SANTEE SIOUX NATION,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **8:05CV147** |
| | ) | |
| **GALE A. NORTON, in her official capacity as United States Secretary of Interior, Department of the Interior, and UNITED STATES DEPARTMENT OF INTERIOR** | ) ) ) ) ) | |
| | ) | **ORDER** |
| **Defendants,** | ) | |
| | ) | |
| **STATE OF NEBRASKA,** | ) | |
| | ) | |
| **Intervenor.** | ) | |
| | ) | |
| **STATE OF NEBRASKA,** | ) | |
| | ) | |
| **Cross-claimant,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **GALE A. NORTON, in her official capacity As United States Secretary of Interior, Department of the Interior, and UNITED STATES DEPARTMENT OF INTERIOR,** | ) ) ) ) | |
| | ) | |
| **Cross-defendants.** | ) | |

This matter is before the court on the Defendants/Cross-Defendant's Unopposed Motion to Extend Remaining Scheduling Order Deadlines (Filing No. 36). The Federal Defendants/Cross-Defendants request the court to extend all remaining deadlines set forth in the January 27, 2006 Order (Filing No. 35), for a period of seven (7) days. Upon consideration and for good cause shown,

**IT IS ORDERED:**

1. The Defendants/Cross-Defendant's Unopposed Motion to Extend Remaining Scheduling Order Deadlines (Filing No. 36) is granted.

2.	Oppositions to the summary judgment motions of the Tribe and the State of Nebraska shall be filed **on or before February 24, 2006**.

3.	The Federal Defendants and Intervenor State of Nebraska shall file their motions for summary judgment **on or before February 24, 2006**.

4.	Oppositions to the Federal Defendants' and Intervenor Defendant State of Nebraska's motions for summary judgment shall be filed **on or before March 28, 2006**.

5.	Any replies to oppositions to any pending motion for summary judgment shall be filed **on or before April 17, 2006**.

DATED this 13th day of February, 2006.

BY THE COURT:

 s/Thomas D. Thalken
 United States Magistrate Judge