UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| SANTEE SIOUX NATION,<br>a federally-recognized Indian Tribe,<br><br>Plaintiff,<br><br>v.<br><br>GALE A. NORTON, in her official capacity as United States Secretary Of Interior, Department of the Interior; and THE UNITED STATES DEPARTMENT OF INTERIOR, Bureau of Indian Affairs;<br><br>Defendants,<br><br>STATE OF NEBRASKA,<br><br>Intervenor. | CASE NO. 8:05CV147<br><br><br><br><br><br>**ORDER** |

This matter is before the court on the plaintiff Santee Sioux Nation's ("Tribe") Motion for Extension of Time to File Notice of Appeal (Filing No. 58).  Upon consideration, and for good cause shown,

**IT IS ORDERED:**

1. The Tribe's Motion for Extension of Time to file Notice of Appeal is granted.
2. The Tribe's deadline to file a Notice of Appeal shall be extended to December 22, 2006.

DATED this 21st day of November 2006.

        BY THE COURT:

        s/ Joseph F. Bataillon
        JOSEPH F. BATAILLON
        United States District Judge